UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JTH TAX, INC.
d/b/a LIBERTY TAX SERVICE,

      Plaintiff,

v.                              Case No. 2:15cv558

CHARLES HINES,

      Defendant.

## ORDER

This matter comes before the court on defendant's Motion for Change of Venue (ECF No. 14) and defendant's Motion to Dismiss (ECF No. 15), both Motions filed on March 15, 2016. These matters were referred to a United States Magistrate Judge by Order of May 12, 2016 (ECF No. 26), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and(C) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the matters.

The United States Magistrate Judge's Reports and Recommendations regarding defendant's Motion for Change of Venue (ECF No. 28) and defendant's Motion to Dismiss (ECF No. 29) were both filed on July 26, 2016. The magistrate judge recommended denying defendant's Motion for Change of Venue, and recommended denying defendant's Motion to Dismiss.

By copy of the reports and recommendations of the magistrate judge, the parties were advised of their right to file written objections thereto.   On August 11, 2016, the court received defendant's Objections (ECF No. 30), to which plaintiff did not reply.

The court, having examined the objections to the Reports and Recommendations and having made de novo findings with respect thereto, does hereby adopt and approve in full the findings and recommendations set forth in the Reports and Recommendations of the United States Magistrate Judge (ECF No. 28 and ECF No. 29) filed July 26, 2016.   Accordingly, defendant's Motion for Change of Venue is **DENIED** and defendant's Motion to Dismiss is **DENIED**.

The Clerk shall forward a copy of this Order to all parties of record.

It is so **ORDERED**.

_____/s/_____
Rebecca Beach Smith
Chief Judge
_____
REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

September ⎹ , 2016

2