UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**JTH TAX, INC. d/b/a
LIBERTY TAX SERVICE,**

      **Plaintiff,**

v.                                            CIVIL ACTION NO. 2:15cv558

**CHARLES HINES,**

      **Defendant.**

## ORDER

This matter comes before the court on the _pro se_ Defendant's Motion for Sanctions against Willcox and Savage, P.C. ("Motion for Sanctions"), filed on October 13, 2017. ECF No. 102. The Plaintiff filed a Memorandum in Opposition to the Motion for Sanctions on October 18, 2017, and requested attorneys' fees incurred in responding to the Motion for Sanctions. ECF No. 103.

On October 27, 2017, the matter was referred to United States Magistrate Judge Robert J. Krask, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the Motion for Sanctions. ECF No. 108.

The United States Magistrate Judge's Report and Recommendations ("R&R") was filed on December 15, 2017. ECF No. 121. The Magistrate Judge recommended that the court deny the Defendant's Motion for Sanctions, and deny the Plaintiff's request for attorneys' fees incurred in responding to the Motion for Sanctions. R&R at 6.

By copy of the R&R of the Magistrate Judge, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. Id. The court has received no objections to the Magistrate Judge's R&R, and the time for filing same has expired. The court does hereby **ADOPT AND APPROVE IN FULL** the findings and recommendations set forth in the R&R of the United States Magistrate Judge, filed December 15, 2017. ECF No. 121. Accordingly, the Defendant's Motion for Sanctions is **DENIED**, and the Plaintiff's request for attorneys' fees incurred in responding to the Motion for Sanctions is **DENIED**.

The Clerk shall forward a copy of this Order to all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

January 11, 2018