UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JTH TAX, INC.
d/b/a
LIBERTY TAX SERVICE,

        Plaintiff,

v.                                        Case No. 2:15cv558

CHARLES HINES,

        Defendant.

## ORDER

This matter comes before the court on defendant's Motion for Default Judgment (ECF No. 116) filed on December 4, 2017. The matter was referred to a United States Magistrate Judge by Order of December 14, 2017, (ECF No. 119), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the matter.

The United States Magistrate Judge's Report and Recommendation (ECF No. 125) was filed on January 24, 2018. The Magistrate Judge recommended that the court deny defendant's Motion for Default Judgment. By copy of the Report and Recommendation of the Magistrate Judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the

Magistrate Judge's Report and Recommendation, and the time for filing same has expired.

The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed January 24, 2018. Accordingly, defendant's Motion for Default Judgment is **DENIED** and plaintiff's request for attorneys' fees incurred in responding to the motion is **DENIED.**

The Clerk shall forward a copy of this Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

February 23, 2018